E. Powell Miller (*pro hac vice*)
epm@millerlawpc.com
Dennis A. Lienhardt, Jr. (*pro hac vice*)
dal@millerlawpc.com
**THE MILLER LAW FIRM, P.C.**
950 West University Dr., Suite 300
Rochester, MI 48307
Tel: (248) 841-2200

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292

Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 N. Lake Avenue, Suite 920
Pasadena, California 91101
Tel: (213) 330-7150

*Attorneys for Plaintiffs and Class*
[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DERYL WALL, DAVID GOLDSMITH, and MICHAEL V. NATHAN, JR. individually and on behalf of all others similarly situated,

Plaintiffs,

v.

FCA US LLC, a Delaware Limited Liability Company,

Defendant.

Case No. 5:16-cv-01341-TJH-JPR

**NOTICE OF APPEAL**

NOTICE IS GIVEN that Plaintiffs David Goldsmith and Michael Nathan, Jr., hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on June 27, 2025 (ECF No. 88), and all interlocutory orders and prior rulings merging therein.

Dated: July 24, 2025

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Christopher R. Pitoun*
Christopher R. Pitoun (SBN 290235)
301 N. Lake Ave, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
christopherp@hbsslaw.com

Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller (*pro hac vice*)
Dennis A. Lienhardt (*pro hac vice*)
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com
dal@millerlawpc.com

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Joseph H. Meltzer
Tyler S. Graden
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
tgraden@ktmc.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gregory F. Coleman
Mark E. Silvey
Adam E. Edwards
William A. Ladnier
800 South Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
gcoleman@milberg.com
msilvey@milberg.com
aedwards@milberg.com
wladnier@milberg.com

**GUSTAFSON GULEK PLLC**
Daniel E. Gustafson
Jason S. Kilene
David A. Goodwin
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com
dgoodwin@gustafsongluek.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Robert K. Shelquist
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
rkshelquist@loclaw.com